IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV51 |
| | ) | |
| v. | ) | |
| | ) | |
| OMAHA IMPOUND LOT, VIOLATIONS | ) | MEMORANDUM OPINION |
| BUREAU, and JOHN DOE, Unknown | ) | |
| Police of Omaha, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on its own motion. On April 12, 2010, this Court conducted an initial review of plaintiff's complaint, finding that plaintiff's complaint failed to state a claim upon which relief may be granted as to all defendants (Filing No. 6). In particular, the Court determined that plaintiff failed to "allege that there is a continuing, widespread, persistent pattern of unconstitutional misconduct by the City of Omaha or its employees, or that the City of Omaha's policymaking officials were deliberately indifferent to or tacitly authorized any unconstitutional conduct." (*Id.* at CM/ECF p. 4.)

The Court also found that plaintiff failed to "allege that an unconstitutional custom was the moving force behind his injuries." (*Id.*) Plaintiff was granted until May 12, 2010, to file an amended complaint to adequately allege claims against defendants. (*Id.* at CM/ECF p. 5.) Plaintiff has not responded

in any way to the Court's April 12, 2010, memorandum and order. For this reason, plaintiff's complaint will be dismissed in its entirety. A separate order will be entered in accordance with this memorandum opinion.

DATED this 18th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.